# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

OUTDOOR POWERHOUSE, LLC

VERSUS

BROWN & BROWN OF LOUISIANA,
LLC D/B/A BROWN & BROWN OF
BATON ROUGE, AND KATIE CAVIN
AND LAURIE BONNER

NO.   2023 CW 0570

**AUGUST 14, 2023**

---

In Re:   Outdoor Powerhouse, LLC, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 153838.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT NOT CONSIDERED.** The writ application fails to comply with the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8).   Relator, Outdoor Powerhouse, LLC, failed to include a copy of the pleadings upon which this ruling was founded, namely, the motion *in limine* requesting that inventory damages be limited to $67,445.87 and its corresponding memorandum in support and attachments.

   Supplementation of this writ application and/or an application for rehearing will not be considered.   Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

   If relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.   Any new application must be filed on or before August 28, 2023, and must contain a copy of this ruling.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT